00-6149
Moreno

UNITED STATES DISTRICT COURT
SOUTHERN   DISTRICT OF FLORIDA
Fort Lauderdale   DIVISION

SANDRA DURHAM
_____,
Affiant

v.
MICHAEL MOORE, SECRETARY
DEPARTMENT OF CORRECTIONS
_____,
Defendant(s)

CASE NUMBER:_____
(To be supplied by
Clerk's Office)

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, _____SANDRA DURHAM_____, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. **BRIEF STATEMENT OF THE NATURE OF THE ACTION:** I am requesting this Honorable Court to grant 79.01 Habeas Corpus relief pursuant to Article V, Section 4 (b) (c) of the Constition of the State of Florida and **Rule 1.540 (b) Florida Rules of Civil Procedure**

DC 101 (Rev. 1/97)

1

II. **RESIDENCE:**

   Affiant's address: <u>Broward Correctional Institution, Post Office Box 829503</u>
   (Street) <u>South Florida, Florida 33082</u>

   (City)               (State)               (Zip Code)

III. **MARITAL STATUS:**

   1. Single ___    Married ___    Separated _X_    Divorced ___

   2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

   1. Number: <u>5</u>

   2. Relationship to dependent(s): <u>Mother</u>

   3. How much money do you contribute to your dependents' support on a monthly basis? $<u>0.00</u>

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

   1. Name of employer: <u>Have been incarcerated for six years</u>

      a. Address of employer: _____
         (Street)

         (City)          (State)          (Zip Code)

      b. State how long affiant has been (was) employed by present (or last) employer?

         Years: _____    Months: _____

      c. Income:    Monthly $_____    or    Weekly $_____

      d. What is (was) affiant's job title? _____

   2. If unemployed, date of last employment: _____

   3. Is spouse employed? _____    If so, name of employer: _____

      a. Income:     Monthly $_____     or     Weekly $_____

      b. What is spouse's job title? _____

   4. Are you and/or your spouse receiving welfare aid?

     If so, amount: Monthly $_____     or     Weekly $_____

VI. **FINANCIAL STATUS:**  Not applicable

   1. Owner of real property (excluding ordinary household furnishings and clothing):

      a. Description: _____

      b. Full address: _____
                              (Street)

        _____
        (City)              (State)              (Zip Code)

      c. In whose name? _____

      d. Estimated value:                                $_____

      e. Total amount owed:                              $_____

         Owed to:     _____ for          $_____

                    _____ for          $_____

      f. Annual income from property:                    $  0.00

   2. Other assets/property:    Not applicable

      a. Automobile: Make _____ Model _____

         In whose name registered? _____

         Present value of car:                           $_____

         Amount owed:                                    $_____

         Owed to: _____

      b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:                                              $  0.00

      c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

         Business, profession, or other forms of
         self employment:                                $  0.00

         Rent payments, interest, or dividends:          $  0.00

```
        Pensions, annuities, or life insurance payments: $____0.00____
        Gifts or inheritances:                          $____0.00____
        Stocks, bonds, or notes:                        $____0.00____
        Other sources:                                  $____0.00____

   3.   Obligations:
        a. Monthly rental on house or apartment:        $____0.00____
        b. Monthly mortgage payments on house:          $____0.00____

   4.   Other information pertinent to affiant's financial debts and
        obligations: Not applicable
```

| (Creditor) | (Total Debt) | (Monthly Payment) |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain): _____

_____

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: __May 12, 1995__

2. Estimated release or parole date: __no date has been given__

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account for the six (6) months immediately preceding the filing of the Complaint or Petition **must** accompany this Affidavit. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. Failure to provide this account statement may result in the dismissal of this action.

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII. <u>**ALL AFFIANTS MUST READ AND SIGN:**</u>

I **UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

*Sandra Durham*
Signature of Affiant
Sandra Durham    472752    Pro se

STATE OF FLORIDA
COUNTY OF __BROWARD__

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __27th__ DAY OF __January__, 19 2000 BY __Sandra Durham__
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____
__Doc ID Tag # 472752__, AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE
(State Type of Identification)
AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
__7-19-2002__

PATRICK STEPHENS
MY COMMISSION # CC 760387
EXPIRES: 07/19/2002
1-800-3-NOTARY  Fla. Notary Services & Bonding Co.

DC 101 (Rev. 1/97)                               5

```
12/13/1999                    Inmate Account Information                  1:10 PM
BROWARD C.I.                                                              Page    1

      Inmate No.: 472752          Status: A              Card No.:   2
      Last Name: DURHAM           Race: B
     First Name: SANDRA           Sex: F
    Middle Name:                  SS#: 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
   Date of Birth: 06/06/1962
            AKA: EWING, SANDRA
         Opened: 06/01/1995       Facility Loc: 475
         Closed: 05/31/1998       Housing Loc: B2108L
                                  P.O.Box:
   Hold Amt    Hold Date Typ      Balance: 25.47
     0.00                         Non-Medical Hold: 0.00
     0.00                         Avail. Canteen Bal.: 25.47
     0.00                         Medical Hold: 0.00
```

| Date | Descript | Remitter/ Payee | Batch/ Dep. No. | Ref. No. | Rec. # | In/(Out) | Balance |
|---|---|---|---|---|---|---|---|
| 12/13/1999 | Susp Dep | ARAMARK P | 3672 | 719379 | | 8.40 | |
| 12/13/1999 | Susp Dep | ARAMARK P | 3673 | 753663 | | 8.40 | |
| 10/01/1999 | Beg Bal | | | | | | .01 |
| 10/04/1999 | Deposit | ARAMARK P | 9947 | 568920 | 436951 | 10.80 | 10.81 |
| 10/04/1999 | Canteen | | | | | -6.73 | 4.08 |
| 10/08/1999 | Deposit | ARAMARK P | 9960 | 584303 | 437398 | 10.56 | 14.64 |
| 10/09/1999 | Canteen | | | | | -2.95 | 11.69 |
| 10/10/1999 | Canteen | | | | | -4.24 | 7.45 |
| 10/11/1999 | Canteen | | | | | -1.60 | 5.85 |
| 10/14/1999 | Canteen | | | | | -2.12 | 3.73 |
| 10/20/1999 | Deposit | ARAMARK | 9973 | 606187 | 438095 | 8.88 | 12.61 |
| 10/22/1999 | Canteen | | | | | -1.41 | 11.20 |
| 10/24/1999 | Canteen | | | | | -3.69 | 7.51 |
| 10/25/1999 | Deposit | ARAMARK P | 9982 | 622274 | 438412 | 8.64 | 16.15 |
| 10/25/1999 | Canteen | | | | | -3.42 | 12.73 |
| 10/29/1999 | Canteen | | | | | -0.48 | 12.25 |
| 10/30/1999 | Canteen | | | | | -7.31 | 4.94 |
| 10/31/1999 | Canteen | | | | | -3.35 | 1.59 |
| 11/06/1999 | Canteen | | | | | -1.31 | .28 |
| 11/09/1999 | Deposit | ARAMARK | 99108 | 663224 | 439424 | 10.56 | 10.84 |
| 11/11/1999 | Canteen | | | | | -5.34 | 5.50 |
| 11/12/1999 | Canteen | | | | | -3.16 | 2.34 |
| 11/14/1999 | Canteen | | | | | -2.04 | .30 |
| 11/17/1999 | Deposit | ARAMARK P | 99124 | 680320 | 439892 | 10.32 | 10.62 |
| 11/17/1999 | Deposit | ARAMARK P | 99123 | 645580 | 440048 | 10.80 | 21.42 |
| 11/18/1999 | Deposit | ARAMARK P | 99126 | 700231 | 440271 | 8.40 | 29.82 |
| 11/20/1999 | Canteen | | | | | -5.51 | 24.31 |
| 12/08/1999 | Deposit | ARAMARK P | 99166 | 742732 | 441526 | 10.08 | 34.39 |
| 12/10/1999 | Canteen | | | | | -5.04 | 29.35 |
| 12/11/1999 | Canteen | | | | | -3.88 | 25.47 |
| 12/13/1999 | End Bal | | | | | | 25.47 |