UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6149-CIV-MORENO
MAGISTRATE JUDGE SORRENTINO

SANDRA DURHAM,

    Petitioner,

v.

    RESPONSE TO: ORDER TO PETITIONER TO RESPOND TO LIMITATIONS PERIOD

MICHAEL W. MOORE,

    Respondent.

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES, Petitioner Sandra Durham, Pro Se, requesting this Honorable Court to dismiss Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2254 by petitioner for the following reasons, without prejudice:

1. Petitioner a layman of the law, filed petition Pro Se in ignorance.

2. Petitioner was transfered between three Florida Department of Corrections during a period of 18 months for medical reason(s). Approximately between August of 1997 and March of 1999 these transfers took place. Petitioner did not have needed access, nor the help petitoner needed to exhaust her state remedies.

3. Final transfer was due to the relocation of all inmates in Jefferson Correctional Institution. Legal access was very difficult between complying with Institution rules, that included work assignments that were reluctant to release me for call outs; and the transfer of files.

PAGE ONE

4. Petitioner's Writ of Certiorari was denied August of 1997, prior to the beginning series of shipments to institutions that did not provide the needed help or access this petitioner needed. In addition Petitioner's was deprived of her legal files during these shipments, and due to the shipments.

5. Petitioner is not a U.S. born citizen, but Bahamian. Petitioner had Immigration hearings to contend with during this period of time, and children in this country.

WHEREFORE, Petitioner Sandra Durham prays this Honorable Court will dismiss the Writ of Habeas Corpus without prejudice, allowing a 90 tolling period to be reinstated due to petitoners disadvanage.

Respectfully Submitted,

*Sandra Durham*
Sandra Durham DC#472752 Dorm B
Broward Correctional Institution
P.O. Box 82-9503
South Florida, Florida 33082

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been mailed to Clerk of United States District Court, Southern District of Florida, Federal Courthouse Square, 301 N. Miami Avenue, Room 150, Miami, Florida 33128-7788, Department of Corrections' Michael Moore, Secretary; Michael Neimand, Assistant Attorney General, Department of Legal Affairs, 444 Brickell Avenue, Suite 950, Miami, Florida 33131, on 7th day of March, 2000.

STATE OF FLORIDA    )
COUNTY OF BROWARD   ) ss:

The foregoing instrument is acknowledged before me this 7th day of March, 2000, by Sandra Durham, who is personally known to me and who did take an oath.

_____          7-19-2002
NOTARY PUBLIC                       MY COMMISSION EXPIRES:
                (SEAL)



PATRICK STEPHENS
MY COMMISSION # CC 760387
EXPIRES: 07/19/2002

PAGE TWO