UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6149-CIV-MORENO
MAGISTRATE JUDGE SORRENTINO

SANDRA DURHAM,                :

    Petitioner,           :

v.                            :    REPORT OF
                                  MAGISTRATE JUDGE
MICHAEL W. MOORE,             :

    Respondent.           :
_____



Sandra Durham, a state prisoner currently confined at the Broward Correctional Institution, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, attacking the judgment imposed following her convictions for first degree murder and armed robbery in the Circuit Court of the Eleventh Judicial Circuit, at Dade County.

This Cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. §636(b)(1)(B) and Rules 8 and 10 of the Rules Governing Section 2254 Cases in the United States District Courts.

The response to the order to show cause has not yet been filed. The petitioner has moved to voluntarily dismiss the petition, without prejudice, apparently in order to conduct



additional research and possibly exhaust her claims through postconviction procedures in state court. (DE# 7).

Review of the petition suggests that it is untimely, based upon Durham's assertion that litigation of her direct appeal concluded on May 15, 1996, and that the Supreme Court denied her petition for writ of certiorari on March 9, 1997. It appears that there was no litigation of any postconviction motion in state court. However, the record before the court is insufficient to establish with certainty that the petition is untimely.

The Court cannot assure the petitioner that dismissal of this petition for writ of habeas corpus would guarantee federal consideration of her claim should she re-file another motion at a later time. That is because dismissal of this petition does not waive the one year statute of limitations established by 28 U.S.C. §2244(d) or other procedural defenses which may apply to any future federal habeas corpus petition.

For the foregoing reasons, it is recommended that the petitioner's motion for voluntary dismissal (DE# 7) be granted to the extent that the petition be dismissed, without prejudice, except as to any application of the federal statute of limitations or other procedural defenses which may apply.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report. IF THE PETITIONER UPON CONSIDERING THE INFORMATION CONTAINED IN THIS REPORT DECIDES SHE DOES NOT WISH TO DISMISS THIS CASE BUT INSTEAD WISHES TO GO FORWARD WITH THIS PETITION, SHE SHOULD SAY SO PROMPTLY IN OBJECTIONS TO THIS REPORT.

Dated: April 7, 2000

_____
UNITED STATES MAGISTRATE JUDGE

cc: Sandra Durham, Pro Se
DC #472752
Broward Correctional Institution
P. O. Box 829503
Fort Lauderdale, FL 33082

Michael Niemand
Assistant Attorney General
Department of Legal Affairs
444 Brickell Avenue
Suite 950
Miami, FL 33131