**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6149-CIV-MORENO
MAGISTRATE JUDGE SORRENTINO

SANDRA DURHAM,　　　　　　　　:

　　　　Petitioner,　　　　　　:

v.　　　　　　　　　　　　　　:　　ORDER OF DISMISSAL
　　　　　　　　　　　　　　　　　　HABEAS CORPUS
MICHAEL W. MOORE,　　　　　　:

　　　　Respondent.　　　　　　:
_____

FILED by ___ D.C.
APR 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

For the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file, it is

ORDERED AND ADJUDGED that the petitioner's motion to dismiss (DE# 7) is granted, to the extent that this petition is dismissed, without prejudice except as to the federal statute of limitations and other procedural defenses which may apply.

DONE AND ORDERED at Miami, Florida, this 12th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Sandra Durham, Pro Se
    Michael Niemand, AAG