UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6149-CIV-MORENO
MAGISTRATE JUDGE SORRENTINO

SANDRA DURHAM,

    Petitioner,

v.                                    :   **NOTICE OF APPEAL**

MICHAEL W. MOORE,

    Respondent.

---

    **N**otice is hereby given that **Sandra Durham**, Petitioner in the above named case, appeals to the United States District Court, for the Southern District of Florida, the order of this court rendered on the 12th day of April, 2000. The nature of this order is a final Order of Dismissal of Habeas Corpus. The Petitioner wishes to go forth with the Petition in objection to the Report of the Magistrate Judge.

Dated: April 17, 2000.

                                             _Sandra Durham_
                                             Sandra Durham, Petitioner, Pro se
                                             DC # 472752
                                             Broward Correctional Institution
                                             Post Office Box 829503
                                             South Florida, Florida   33082

## CERTIFICATE OF SERVICE

I, **the Petitioner,** in the above-styled case do hereby certify that a true and correct copy of the foregoing **Notice of Appeal** was mailed to Michael Niemand, Assistant Attorney General, Department of Legal Affairs, 444 Brickell Avenue, Suite 950, Miami, Florida 33131, on April 17, 2000.

*Sandra Durham*
Sandra Durham, Pro se
DC #472752
Broward Correctional Institution
Post Office Box 829503
South Florida, Florida  33082