UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF THE ELEVENTH CIRCUIT

Appeal No.: 00-12038 B

District Court No.: 00-6149-CV-FAM

SANDRA DURHAM, et. al

    Petitioner,

vs.

BROWARD CORRECTIONAL,

    Respondent.

MOTION FOR PERMISSION TO APPEAL
IN FORMA PAUPERIS

**COMES NOW, SANDRA DURHAM,** the Petitioner, Pro se, before this Honorable Court and prays that she be granted leave to proceed In Forma Pauperis. The Petitioner is indigent and believes that hers is a just and proper cause. In support thereof is attached an affidavit of insolvency.

Respectfully submitted,

Sandra Durham
Sandra Durham, Pro se
DC No.: 472752
Broward Correctional Institution
Post Office Box 829503
South Florida, Florida 33082

## Affidavit Accompanying Motion for
## Permission to Appeal In Forma Pauperis

United States District Court for the  Southern     District of  Eleventh Circuit

SANDRA DURHAM, et.al.,
         Petitioner
v.                                      District Court No. 00-6149-CV-FAM

Broward Correctional,
         Respondent.                    U.S. Court of Appeals No. _____

*(Stamp: U.S. COURT OF APPEALS RECEIVED, MAY 05 2000, ATLANTA)*

---

**Affidavit in Support of Motion** | **Instructions**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Sandra Durham*    Date: April 28, 2000

---

**My issues on appeal are:** (1) ineffective counsel failure to make an adequate pretrial investigation; (2) failure to develop and prsent mitigating evidence during the guilt and penalty phase; and (3) constitutional infirmity of the jury instruction.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ n/a | $ n/a | $ n/a | $ n/a |
| Self-employment | $ n/a | $ n/a | $ n/a | $ n/a |
| Income from real property (such as rental income) | $ n/a | $ n/a | $ n/a | $ n/a |
| Interest and dividends | $ n/a | $ n/a | $ n/a | $ n/a |
| Gifts | $ n/a | $ n/a | $ n/a | $ n/a |
| Alimony | $ n/a | $ n/a | $ n/a | $ n/a |
| Child support | $ n/a | $ n/a | $ n/a | $ n/a |
| Retirement (such as social security, pensions, annuities, insurance) | $ n/a | $ n/a | $ n/a | $ n/a |
| Disability (such as social security, insurance payments) | $ n/a | $ n/a | $ n/a | $ n/a |
| Unemployment payments | $ n/a | $ n/a | $ n/a | $ n/a |
| Public-assistance (such as welfare) | $ n/a | $ n/a | $ n/a | $ n/a |
| Other (specify): _____ | $ n/a | $ n/a | $ n/a | $ n/a |
| **Total monthly income:** | $ 0.00 | $ n/a | $ 0.00 | $ n/a |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| I am unable to support any persons because of my incarceration | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0.00 | $ n/a |
| Are real-estate taxes included? ☐Yes ☐No n/a | | |
| Is property insurance included? ☐Yes ☐No n/a | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0.00 | $ n/a |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ n/a |
| Food | $ 0.00 | $ n/a |
| Clothing | $ 0.00 | $ n/a |
| Laundry and dry-cleaning | $ 0.00 | $ n/a |
| Medical and dental expenses | $ 0.00 | $ n/a |
| Transportation (not including motor vehicle payments) | $ 0.00 | $ n/a |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ n/a |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0.00 | $ n/a |
| Homeowner's or renter's | $ 0.00 | $ n/a |
| Life | $ 0.00 | $ n/a |
| Health | $ 0.00 | $ n/a |
| Motor Vehicle | $ 0.00 | $ n/a |
| Other: _____ | $ n/a | $ n/a |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0.00 | $ n/a |
| Installment payments | $ 0.00 | $ n/a |
| Motor Vehicle | $ 0.00 | $ n/a |
| Credit card (name): _____ | $ 0.00 | $ n/a |
| Department store (name): _____ | $ 0.00 | $ n/a |
| Other: _____ | $ n/a | $ n/a |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Other (specify): _____ | $ n/a | $ n/a |
| **Total monthly expenses:** | $ 0.00 | $ n/a |

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

May 8, 2000



Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Ave.
Miami, FL 33128

RE: 00-12038-B/Durham v. Broward Correctional Institution
DC DKT NO.: 00-6149-Cv-FAM

Enclosed is a motion for leave to appeal in forma pauperis, which was inadvertently filed in this Court. Our records show that the appellant has never filed for leave to appeal in forma pauperis in your Court, as required.

Our records also show that no ruling has been made yet regarding whether a Certificate of Appealability (COA) will issue. Please forward the IFP motion to and advise your USDC Judge's office that the notice of appeal should be construed as a motion for COA if no such motion has been filed with your Court.

Please forward this Court a certified copy of the order ruling on COA/IFP when it issues. Please acknowledge receipt of the IFP motion by returning the enclosed extra copy of this letter.

Thank you for your attention to this matter.

Sincerely,

THOMAS K. KAHN, CLERK

By: __Dwight Briggs/wl__
Deputy Clerk/(404)335-6125

wl
enc.