

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6149-CIV-MORENO

SANDRA DURHAM,

    Petitioner,

vs.

BROWARD CORRECTIONAL,

    Respondent.

_____/

### OMNIBUS ORDER DENYING CERTIFICATE OF APPEALABILITY AND ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

THIS CAUSE came before the Court upon Petitioner's Motion for Permission to Appeal in *Forma Pauperis* **(D.E. No. 7)**, filed on **May 5, 2000**, which this Court shall construe as a motion for certificate of appealability and a motion to proceed in *forma pauperis*.

Pursuant to 28 U.S.C. § 2253(c) an appeal may not be taken from a final order in a *habeas corpus* proceeding unless a Certificate of Appealability is issued. Said certificate must contain a finding that the applicant has made a substantial showing of the denial of a constitutional right and must indicate which specific issue or issues satisfy the required showing. Moreover, pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a motion to proceed in forma pauperis may be denied if the district court certifies that the appeal is not taken in good faith.

Applying these standards, the Court finds that because petitioner voluntarily dismissed her petition there is no substantial showing of a denial of a constitutional right



and that the appeal is not taken in good faith. The Court's dismissal of the petition is not on the merits and should petitioner re-file her claim after the exhaustion of state remedies, this Court shall consider the petition so long as the application of the federal statute of limitations or other procedural defect do not bar such consideration. Accordingly, it is

ORDER AND ADJUDGED that Petitioner's Motion for a Certificate of Appealability is DENIED and Petitioner's Motion to Proceed in *Forma Pauperis* on appeal is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

Appeal Section

Sandra Durham, *pro se*
DC #472752
Broward Correctional Institution
P.O. Box 8239503
Fort Lauderdale, FL 33082

Michael Niemand, Esq.
**ASSISTANT ATTORNEY GENERAL**
**DEPARTMENT OF LEGAL AFFAIRS**
444 Brickell Avenue, Suite 950
Miami, FL 33131