# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**  
Clerk of Court

Appeals Section

Date: 11/7/00

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No: 00-06149-CV - FAM

U.S.C.A. No: 00-12038-B

Style: DURHAM V. MOORE

### CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 1 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; 0 folders; 0 envelopes; 0 PSIs (sealed)
- ☐ other: _____
- ☐ Other: _____

Sincerely,  
Clarence Maddox, Clerk of Court  
By: _____  
Deputy Clerk

Attachment  
c: court file

S/F A-15  
Rev. 10/94

---

☑ 301 N. Miami Avenue  
Miami, Fl 33128-7788  
305-523-5080

☐ 299 E. Broward Boulevard  
Ft. Lauderdale, Fl 33301  
954-769-5413

☐ 701 Clematis Street  
West Palm Beach, Fl 33401  
561-803-3408

```
                                                    CHS      CLOSED
                                                    APPEAL
                    U.S. District Court
          Southern District of Florida (FtLauderdale)

            CIVIL DOCKET FOR CASE #: 00-CV-6149

Durham, et al v. Broward Correctional          Filed: 01/31/00
Assigned to: Judge Federico A. Moreno
Demand: $0,000                                  Nature of Suit: 530
Lead Docket: None                               Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)


SANDRA DURHAM                    Sandra Durham
     plaintiff                   472752
                                 [COR LD NTC] [PRO SE]
                                 Broward Correctional
                                 Institution
                                 PO Box 848540
                                 Pembroke Pines, FL 33084


     v.


BROWARD CORRECTIONAL
INSTITUTION
     defendant
```

Docket as of October 24, 2000 10:14 am                    Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/6/00

```
roceedings include all events.                                    CHS
:00cv6149 Durham, et al v. Broward Correctional            CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| /31/00 | 1 | COMPLAINT/petition for writ of habeas corpus filed; FILING FEE not paid; B-6 (br) |
| /31/00 | 2 | Clerk's Order of Magistrate Judge Assignment to Magistrate Charlene H. Sorrentino, re: Administrative Order (br) |
| /31/00 | 3 | AFFIDAVIT of indignecy by Sandra Durham Re: [1-1] complaint (br) |
| :/16/00 | 4 | INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANT (Signed by Magistrate Judge Charlene H. Sorrentino on 2/15/00) CCAP [EOD Date: 2/18/00] (ea) [Entry date 02/18/00] |
| ?/16/00 | 5 | ORDER to petitioner to respond to limitations period on or before 3/10/00 (Signed by Magistrate Judge Charlene H. Sorrentino on 2/15/00) CCAP [EOD Date: 2/18/00] (ea) [Entry date 02/18/00] |
| 2/16/00 | 6 | ORDER TO SHOW CAUSE why this petition should not be granted; granting [3-1] motion to proceed in forma pauperis (affidavit); Response to Order to Show Cause due 4/20/00 (Signed by Magistrate Judge Charlene H. Sorrentino on 2/15/00) CCAP [EOD Date: 2/18/00] (ea) [Entry date 02/18/00] |
| 3/9/00 | 7 | MOTION by Sandra Durham to dismiss case (sk) [Entry date 03/10/00] |
| 4/7/00 | 8 | REPORT of Magistrate Judge Charlene H. Sorrentino Signed on: 4/7/00 recommending that the petitioner's [7-1] motion to dismiss case be granted to the extent that the petition be dismissed, without prejudice, except as to any application of the federal statute of limitations or other procedural defenses which may apply. Case no longer referred. Objections to R and R due by 4/17/00 CCAP (ea) [Entry date 04/11/00] |
| 4/13/00 | 9 | ORDER granting [7-1] motion to dismiss case  denying all pending motions as moot and closing case ( Signed by Judge Federico A. Moreno on 4/12/00) CCAP [EOD Date: 4/14/00] (td) [Entry date 04/14/00] |
| 4/13/00 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. [7-1] motion to dismiss case (td) [Entry date 04/14/00] |
| 4/19/00 | 10 | NOTICE OF APPEAL by Sandra Durham of [9-1] order . EOD Date: 04/14/00;  Filing Fee: $ Fee not paid;; Copies to USCA and Counsel of Record. (df) |
| 4/28/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA Re: [10-1] appeal by Sandra Durham USCA NUMBER: 00-12038-B (sn) |
| 5/3/00 | 11 | Appeal Information Sheet re: [10-1] appeal by Sandra Durham No transcript requested. (sn) [Entry date 05/04/00] |

```
Docket as of October 24, 2000 10:14 am                        Page 2
```

```
Proceedings include all events.                                    CHS
1:00cv6149 Durham, et al v. Broward Correctional        CLOSED APPEAL
                              Cont Vol. 1
5/5/00    12    MOTION and affidavit by Sandra Durham to proceed in forma
                pauperis on appeal (sn) [Entry date 05/11/00]

5/2/00    13    OMNIBUS ORDER DENYING Certificate of Appealability and
                granting [12-1] motion to proceed in forma pauperis on
                appeal ( Signed by Judge Federico A. Moreno on 5/31/00)
                CCAP [EOD Date: 6/5/00] (sn) [Entry date 06/05/00] End Vol. 1

8/1/00    --    REQUEST from U.S.C.A. dated: 07/25/00  Re: Original File
                Complied with on: 08/01/00 Consisting of 1 Volume of
                Pleadings U.S.C.A. # 00-12038-B (df)

8/10/00   --    ACKNOWLEDGMENT of receipt by U.S.C.A. of: ORIGINAL FILE on
                8/4/00 U.S.C.A. # 00-12038-B (sn) [Entry date 08/11/00]

10/13/00  --    Record on appeal returned from U.S. Court of Appeals
                consisting of 1 volume of original papers: [10-1] appeal by
                Sandra Durham USCA #: 00-12038-B (sn) [Entry date 10/17/00]
```